IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 00972** -BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

MAY 24 2006

GREGORY C. LANGHAM
CLERK

WILLIAM GARCIA,

    Applicant,

v.

JOE ORTIZ, (Executive Director DOC),
LARRY REID, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING APPLICANT TO CURE DEFICIENCY**

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit

(3)  __X__    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (Account statement submitted is not certified by a prison official.)
(4)  ___     is missing required financial information
(5)  ___     is missing an original signature by the prisoner
(6)  ___     is not on proper form (must use the court's current form)
(7)  ___     names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___     An original and a copy have not been received by the court. Only an original has been received.
(9)  ___     other _____

**Complaint, Petition or Application:**
(10) ___     is not submitted
(11) ___     is not on proper form (must use the court's current form)
(12) ___     is missing an original signature by the prisoner
(13) __X__   is missing page nos. _3-8_
(14) ___     uses et al. instead of listing all parties in caption
(15) ___     An original and a copy have not been received by the court. Only an original has been received.
(16) ___     Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___     names in caption do not match names in text
(18) ___     other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the application and

the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 3rd day of May, 2006.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00972**-BNB

William Garcia
Reg. No. 63442
Colo State Pen
P.O. Box 777
Canon City, CO 81215

   I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 5-24-06

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk